AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-61632 |
| ARCHER CAPITAL MANAGEMENT GROUP, ARCHER GROWTH FUND, HDR MANAGEMENT LLC, AND SILVERMOON GROUP, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ARCHER CAPITAL MANAGEMENT GROUP

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    U.S. SECURITIES AND EXCHANGE COMMISSION
GREGORY R. BOCKIN
1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA. 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 1, 2022

SUMMONS

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-cv-61632 |
| ARCHER CAPITAL MANAGEMENT GROUP, ARCHER GROWTH FUND, HDR MANAGEMENT LLC, AND SILVERMOON GROUP, LLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ARCHER GROWTH FUND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   U.S. SECURITIES AND EXCHANGE COMMISSION
GREGORY R. BOCKIN
1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA. 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 1, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Juan Ulacia*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff(s)*<br>v.<br>ARCHER CAPITAL MANAGEMENT GROUP,<br>ARCHER GROWTH FUND,<br>HDR MANAGEMENT LLC, AND<br>SILVERMOON GROUP LLC<br>*Defendant(s)* | Civil Action No. 22-cv-61632 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HDR MANAGEMENT, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   U.S. SECURITIES AND EXCHANGE COMMISSION
GREGORY R. BOCKIN
1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA. 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 1, 2022



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff(s)*<br>v.<br>ARCHER CAPITAL MANAGEMENT GROUP,<br>ARCHER GROWTH FUND,<br>HDR MANAGEMENT LLC, AND<br>SILVERMOON GROUP LLC<br>*Defendant(s)* | Civil Action No. 22-cv-61632 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SILVERMOON GROUP, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   U.S. SECURITIES AND EXCHANGE COMMISSION
GREGORY R. BOCKIN
1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA. 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 1, 2022



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts